UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-05-182 LKK

    Plaintiff,

  v.                     <u>O R D E R</u>

JULIE LEE,

    Defendant.
_____/

    Defendant's motion for early termination of supervised release [234] is hereby DENIED. The hearing set for January 18, 2012 is VACATED.

    IT IS SO ORDERED.

    DATED: January 9, 2012

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT