ALICE W. WONG (SBN 160141)
LAW OFFICES OF JERRY L. CHONG & ALICE W. WONG
6313 ELVAS AVENUE
SACRAMENTO, CA 95819
TELEPHONE: (916) 443-7398
FACSIMILE: (916) 443-8941

Attorney for Defendant
JULIE LEE

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR. S-05-0182 LKK |
| | ) |
| | ) |
| Plaintiff | ) ORDER GRANTING JULIE LEE'S |
| | ) MOTION FOR EARLY TERMINATION OF |
| v. | ) SUPERVISED RELEASE |
| | ) |
| JULIE LEE | ) |
| | ) Judge:     Hon. Lawrence K. Karlton |
| Defendant. | ) Date:      June 19, 2012 |
| | ) Time:      9:15 a.m. |
| | ) Courtroom:  4 |
| | ) |
| | ) |

The defendant, Julie Lee, having moved the court for the termination of supervised release pursuant to 18 U.S.C. §3583(e)(1), and the court having reviewed the declaration of defense counsel and prior motions filed in this matter, the court has concluded that the motion is meritorious and should be granted. Accordingly, it is hereby

ORDERED that the defendant's term of supervised release is terminated and the defendant is discharged.

**IT IS SO ORDERED.**

Dated: June 20, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1